

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2014

No. 04-14-00372-CR

Andres Ramon **JUAREZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR0936B
Honorable Mary D. Roman, Judge Presiding

## O R D E R

Appellant's court-appointed attorney filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967). On November 17, 2014, appellant filed a motion requesting access to the appellate record. *See Kelly v. State*, 436 S.W.3d 313, 321-22 (Tex. Crim. App. 2014). Appellant's motion to access the record is GRANTED. It is ORDERED that the district clerk of Bexar County shall prepare and send a full and complete duplicate copy of the clerk's record and the reporter's record for cause number 2013-CR-0936B to appellant at **Andres Ramon Juarez #995152, 200 N. Comal, San Antonio, TX 78207**. It is FURTHER ORDERED that the district clerk file written notice in this court no later than ten days from the date of this order confirming the date the record was sent to appellant. It is further ORDERED that the motion to withdraw, filed by appellant's counsel, is HELD IN ABEYANCE pending further order of the court.

If, after reviewing the record, appellant desires to file a pro se brief, he must do so within thirty days from the date this court receives written notice that the record was sent to appellant by the district clerk. If the appellant files a pro se brief, the State may file a responsive brief no later than thirty days after the date the appellant's pro se brief is filed in this court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of November, 2014.

_____
Keith E. Hottle
Clerk of Court

